UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASSAFRASS 821, LLC, a limited liability company,<br><br>                        Plaintiff,<br><br>           v.<br><br>CITY OF MODESTO, a municipal corporation,<br><br>                        Defendant. | No.  1:16-cv-01023-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 10) |

On November 21, 2016, the parties filed a joint stipulation dismissing the complaint without prejudice and with each party bearing its own costs and attorneys' fees.  (Doc. No. 10.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

   Dated:   **November 21, 2016**                      _____
                                                                            UNITED STATES DISTRICT JUDGE

1